UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Criminal No. 10-cr-5-01-JL

<u>Christopher Foley</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 28 ) filed by defendant is granted . The continuance is limited to 60 days; Final Pretrial is rescheduled to Friday September 24, 2010 at 3:00pm; Trial is continued to the two-week period beginning October 5, 2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  July 22, 2010

cc:  Mark L. Sisti, Esq.
     Theodore M. Lothstein, Esq.
     William E. Morse, AUSA
     U.S. Marshal
     U.S. Probation