UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Criminal No. 10-cr-05-01-JL

Christopher Foley

O R D E R

The assented to motion to reschedule jury trial (document no. 31 ) filed by defendant is granted; Final Pretrial is rescheduled to November 19, 2010 at 3:30; Trial is continued to the two-week period beginning December 1, 2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  September 24, 2010


cc:  Mark Sisti, Esq.
     Bill Morse, Esq.
     U.S. Marshal
     U.S. Probation