UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                                          Criminal No. 10-cr-5-01-JL

Christopher Foley

O R D E R

The assented to motion to reschedule jury trial (document no. 36) filed by defendant is granted;  There will be no further continuances of this case. Conflicting state court proceedings will not constitute grounds for further continuances. Both sides' counsel are instructed to clear their schedules to accommodate the new trial date.  Final Pretrial is rescheduled to December 20, 2010 at 10:00 AM; Trial is continued to the two-week period beginning January 4, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  November 10, 2010

cc:    Mark Sisti, Esq.
       William Morse, Esq.
       U.S. Marshal
       U.S. Probation